# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
BERNSTEIN, NATHAN ALAN  §  Case No. 14-13351
BERNSTEIN, SHERYL ANN  §
§
§
Debtors  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/10/2014. The undersigned trustee was appointed on 04/10/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $    250,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 102,939.60 |
   | Bank service fees | 243.17 |
   | Other payments to creditors | 82,352.64 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 64,464.59 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/08/2014 and the deadline for filing governmental claims was 10/07/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 15,750.00 , for a total compensation of $ 15,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.63 , for total expenses of $ 9.63 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/02/2017    By: /s/GINA B. KROL
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 14-13351   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BERNSTEIN, NATHAN ALAN | Date Filed (f) or Converted (c): | 04/10/14 (f) |
|  | BERNSTEIN, SHERYL ANN | 341(a) Meeting Date: | 05/13/14 |
| For Period Ending: | 02/02/17 | Claims Bar Date: | 09/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence     Foreclosed pre-petition | 214,537.00 | 0.00 |  | 0.00 | FA |
| 2. TCF and Arvest Bank Accounts | 725.60 | 0.00 |  | 0.00 | FA |
| 3. Household Goods | 950.00 | 0.00 |  | 0.00 | FA |
| 4. BOOKS | 100.00 | 0.00 |  | 0.00 | FA |
| 5. CLOTHES | 300.00 | 0.00 |  | 0.00 | FA |
| 6. HOBBY EQUIPMENT | 411.00 | 0.00 |  | 0.00 | FA |
| 7. LAWSUIT - WRONGFUL DEATH | Unknown | 100,000.00 |  | 250,000.00 | FA |
| 8. 2002 Mini Cooper | 2,689.00 | 0.00 |  | 0.00 | FA |
| 9. 2011 Kia Soul (u) | 9,371.00 | 0.00 |  | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $229,083.60 | $100,000.00 |  | $250,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Recently settled wrongful death action; settlement terms are under seal pursuant to court order October 12, 2016, 02:42 pm

Debtors have pending wrongful death action

Trustee is employing special counsel

Son escaped from a drug treatment center and was killed.

October 08, 2015, 11:21 am

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-13351    JSB    Judge: JANET S. BAER | Trustee Name:  GINA B. KROL |
| Case Name: | BERNSTEIN, NATHAN ALAN | Date Filed (f) or Converted (c):  04/10/14 (f) |
| | BERNSTEIN, SHERYL ANN | 341(a) Meeting Date:  05/13/14 |
| | | Claims Bar Date:  09/08/14 |

TC with special counsel. Discover pending. Moving slowly. Case pending in Bloomington, IL.
January 12, 2015, 04:03 pm

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 03/31/17

/s/    GINA B. KROL
_____    Date: 02/02/17
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-13351 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | BERNSTEIN, NATHAN ALAN | | Bank Name: | ASSOCIATED BANK |
| | BERNSTEIN, SHERYL ANN | | Account Number / CD #: | *******7947 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4277 | | | |
| For Period Ending: | 02/02/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/16 | 7 | FIRST NONPROFIT CLAIMS<br>P.O. BOX 740042<br>ATLANTA, GA 30374-0042 | | 1149-000 | 250,000.00 | | 250,000.00 |
| 12/12/16 | 030001 | BARNETT & BORTH, LLC<br>800 WAUKEGAN ROAD<br>SUITE 200<br>GLENVIEW, IL 60025 | Special Counsel Fees | 3210-600 | | 66,666.66 | 183,333.34 |
| 12/12/16 | 030002 | BARNETT & BORTH, LLC<br>800 WAUKEGAN ROAD<br>SUITE 200<br>GLENVIEW, IL 60025 | Special Counsel Expenses | 3220-610 | | 1,906.10 | 181,427.24 |
| 12/12/16 | 030003 | Jonathon Fox<br>Oldfield & Fox<br>2021 Midwest Rd.<br>Suite 201<br>Oak Brook, IL 60523 | Special Counsel Fees | 3210-600 | | 33,333.34 | 148,093.90 |
| 12/12/16 | 030004 | Jonathon Fox<br>Oldfield & Fox<br>2021 Midwest Rd.<br>Suite 201<br>Oak Brook, IL 60523 | Special Counsel Expenses | 3220-610 | | 1,033.50 | 147,060.40 |
| 12/12/16 | 030005 | RACHEL BERNSTEIN<br>C/O PAUL BORTH<br>BARNETT & BORTH, LLC<br>800 WAUKEGAN ROAD, STE 200<br>GLENVIEW, IL 60025 | 1/3 INTEREST IN SETTLEMENT | 4220-000 | | 82,352.64 | 64,707.76 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 243.17 | 64,464.59 |

Page Subtotals 250,000.00 185,535.41

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.06c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 14-13351 -JSB |
| Case Name: | BERNSTEIN, NATHAN ALAN |
| | BERNSTEIN, SHERYL ANN |
| Taxpayer ID No: | *******4277 |
| For Period Ending: | 02/02/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7947  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 250,000.00 | 185,535.41 | 64,464.59 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 250,000.00 | 185,535.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 250,000.00 | 185,535.41 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7947 | 250,000.00 | 185,535.41 | 64,464.59 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 250,000.00 | 185,535.41 | 64,464.59 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 02, 2017 |
|---|---|---|---|---|---|---|
| Case Number: 14-13351<br>Debtor Name: BERNSTEIN, NATHAN ALAN | | Priority Sequence | | Joint Debtor: BERNSTEIN, SHERYL ANN | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>3210-60 | Paul Borth<br>Barnett & Borth<br>800 Waukegan Rd.<br>Suite 200<br>Glenview, IL 60025 | Administrative | | $0.00 | $66,666.66 | $66,666.66 |
| 001<br>3220-61 | Paul Borth<br>Barnett & Borth<br>800 Waukegan Rd.<br>Suite 200<br>Glenview, IL 60025 | Administrative | | $0.00 | $1,906.10 | $1,906.10 |
| 001<br>3210-60 | Jonathon Fox<br>Oldfield & Fox<br>2021 Midwest Rd.<br>Suite 201<br>Oak Brook, IL 60523 | Administrative | | $0.00 | $33,333.34 | $33,333.34 |
| 001<br>3220-61 | Jonathon Fox<br>Oldfield & Fox<br>2021 Midwest Rd.<br>Suite 201<br>Oak Brook, IL 60523 | Administrative | | $0.00 | $1,033.50 | $1,033.50 |
| ADMIN 1<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $15,759.63 | $15,759.63 |
| ADMIN 2<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,405.44 | $3,405.44 |
| 000001A<br>040<br>5800-00 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $10,365.12 | $10,365.12 |
| 050<br>4220-00 | RACHEL BERNSTEIN<br>C/O PAUL BORTH<br>BARNETT & BORTH, LLC<br>800 WAUKEGAN ROAD, STE 200<br>GLENVIEW, IL 60025 | Secured | | $82,352.64 | $82,352.64 | $82,352.64 |
| 000001<br>070<br>7100-00 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $136.31 | $136.31 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 02, 2017 |

| Case Number: | 14-13351 | Priority Sequence | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | BERNSTEIN, NATHAN ALAN | | | Joint Debtor: | BERNSTEIN, SHERYL ANN | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002<br>070<br>7100-90 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $1,415.41 | $1,415.41 |
| 000003<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $0.00 | $636.30 | $636.30 |
| 000004<br>070<br>7100-90 | US Department of Education<br>c/o Nelnet<br>3015 South Parker Road<br>Suite 400<br>Aurora CO 80014-2904 | Unsecured | | $0.00 | $49,898.25 | $49,898.25 |
| 000005<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $5,629.93 | $5,629.93 |
| 000006<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,255.23 | $1,255.23 |
| 000007<br>070<br>7100-90 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $689.12 | $689.12 |
| 000008<br>070<br>7100-90 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $3,118.84 | $3,118.84 |
| 000009<br>070<br>7100-90 | Portfolio Recovery Associates, LLC<br>Successor to CITIBANK, N.A.<br>(SEARS)<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $11,599.73 | $11,599.73 |
| | Case Totals: | | | $82,352.64 | $289,201.55 | $289,201.55 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-13351
Case Name: BERNSTEIN, NATHAN ALAN
                 BERNSTEIN, SHERYL ANN
Trustee Name: GINA B. KROL

         Balance on hand                                         $            64,464.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | RACHEL BERNSTEIN C/O PAUL BORTH BARNETT & BORTH, LLC 800 WAUKEGAN ROAD, STE 200 GLENVIEW, IL 60025 | $ 82,352.64 | $ 82,352.64 | $ 82,352.64 | $ 0.00 |

         Total to be paid to secured creditors                       $            0.00

         Remaining Balance                                             $           64,464.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 15,750.00 | $ 0.00 | $ 15,750.00 |
| Trustee Expenses: GINA B. KROL | $ 9.63 | $ 0.00 | $ 9.63 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,330.00 | $ 0.00 | $ 3,330.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 75.44 | $ 0.00 | $ 75.44 |
| Other: Paul Borth | $ 66,666.66 | $ 66,666.66 | $ 0.00 |
| Other: Jonathon Fox | $ 33,333.34 | $ 33,333.34 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Paul Borth | $ 1,906.10 | $ 1,906.10 | $ 0.00 |
| Other: Jonathon Fox | $ 1,033.50 | $ 1,033.50 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 19,165.07 |
| Remaining Balance | $ 45,299.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,365.12  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | $ 10,365.12 | $ 0.00 | $ 10,365.12 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 10,365.12 |
| Remaining Balance | $ 34,934.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,379.12  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha Ne 68197 | $ 1,415.41 | $ 0.00 | $ 664.79 |
| 000003 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 636.30 | $ 0.00 | $ 298.86 |
| 000004 | US Department of Education<br>c/o Nelnet<br>3015 South Parker Road<br>Suite 400<br>Aurora CO 80014-2904 | $ 49,898.25 | $ 0.00 | $ 23,436.22 |
| 000005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,629.93 | $ 0.00 | $ 2,644.27 |
| 000006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,255.23 | $ 0.00 | $ 589.56 |
| 000007 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 689.12 | $ 0.00 | $ 323.66 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 3,118.84 | $ 0.00 | $ 1,464.86 |
| 000009 | Portfolio Recovery Associates, LLC Successor to CITIBANK, N.A. (SEARS) POB 41067 Norfolk VA 23541 | $ 11,599.73 | $ 0.00 | $ 5,448.16 |
| 000001 | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | $ 136.31 | $ 0.00 | $ 64.02 |
| | Total to be paid to timely general unsecured creditors | | $ | 34,934.40 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE