# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BERNSTEIN, NATHAN ALAN § Case No. 14-13351 JSB
BERNSTEIN, SHERYL ANN §
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   JEFFREY P. ALLSTEADT
   219 S. Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:45 AM on 03/24/2017 in Courtroom 240,
   Kane County Courthouse
   100 S. Third Street
   Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/01/2017          By: Gina B. Krol
                                        Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
BERNSTEIN, NATHAN ALAN § Case No. 14-13351 JSB
BERNSTEIN, SHERYL ANN §
 §
 Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 250,000.00 |
| and approved disbursements of | $ 185,535.41 |
| leaving a balance on hand of[1] | $ 64,464.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | RACHEL BERNSTEIN C/O PAUL BORTH BARNETT & BORTH, LLC 800 WAUKEGAN ROAD, STE 200 GLENVIEW, IL 60025 | $ 82,352.64 | $ 82,352.64 | $ 82,352.64 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 64,464.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 15,750.00 | $ 0.00 | $ 15,750.00 |
| Trustee Expenses: GINA B. KROL | $ 9.63 | $ 0.00 | $ 9.63 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,330.00 | $ 0.00 | $ 3,330.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 75.44 | $ 0.00 | $ 75.44 |
| Other: Paul Borth | $ 66,666.66 | $ 66,666.66 | $ 0.00 |
| Other: Jonathon Fox | $ 33,333.34 | $ 33,333.34 | $ 0.00 |
| Other: Paul Borth | $ 1,906.10 | $ 1,906.10 | $ 0.00 |
| Other: Jonathon Fox | $ 1,033.50 | $ 1,033.50 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     19,165.07

Remaining Balance     $     45,299.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,365.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | $ 10,365.12 | $ 0.00 | $ 10,365.12 |

Total to be paid to priority creditors     $     10,365.12

Remaining Balance     $     34,934.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,379.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha Ne 68197 | $ 1,415.41 | $ 0.00 | $ 664.79 |
| 000003 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 636.30 | $ 0.00 | $ 298.86 |
| 000004 | US Department of Education<br>c/o Nelnet<br>3015 South Parker Road<br>Suite 400<br>Aurora CO 80014-2904 | $ 49,898.25 | $ 0.00 | $ 23,436.22 |
| 000005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,629.93 | $ 0.00 | $ 2,644.27 |
| 000006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,255.23 | $ 0.00 | $ 589.56 |
| 000007 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 689.12 | $ 0.00 | $ 323.66 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 3,118.84 | $ 0.00 | $ 1,464.86 |
| 000009 | Portfolio Recovery Associates, LLC Successor to CITIBANK, N.A. (SEARS) POB 41067 Norfolk VA 23541 | $ 11,599.73 | $ 0.00 | $ 5,448.16 |
| 000001 | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | $ 136.31 | $ 0.00 | $ 64.02 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 34,934.40 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                              Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.