IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **NATHAN BERNSTEIN** | ) | No. 14 B 13351 |
| **SHERYL BERNSTEIN** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 1, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                              BY:/s/ Gina B. Krol
                                                                              Ch 7 Bankruptcy Trustee

**Service List:**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA   19101

First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, NE   68197

American InfoSource LP as agent for
Midland Funding LLC
P.O. Box 268941
Oklahoma City, OK   73126

US Dept of Education
c/o Nelnet
3015 South Parker Road
Suite 400
Aurora, CO   80014-2904

Capital One Bank USA, NA
By American InfoSource, Lp as agent
P.O. Box 71083
Charlotte, NC   28272-1083

American Express Bank, FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Capital One, NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Capital Recovery V, LLC
c/o Recovery Mgmt Systems Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131-1605

Portfolio Recovery Associates, LLC
Successor to Citibank, NA (Sears)
P.O. Box 41067
Norfolk, VA   23541

Kevin O'Flaherty
asault@oflaherty-law.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov