# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
BERNSTEIN, NATHAN ALAN              §     Case No. 14-13351
BERNSTEIN, SHERYL ANN               §
                                    §
            Debtors                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 226,597.00 *(Without deducting any secured claims)* | Assets Exempt: 2,486.60 |
| Total Distributions to Claimants:  127,652.16 | Claims Discharged Without Payment:  65,089.98 |
| Total Expenses of Administration:  122,347.84 | |

3) Total gross receipts of $ 250,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 250,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 82,352.64 | $ 82,352.64 | $ 82,352.64 | $ 82,352.64 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 122,347.84 | 122,347.84 | 122,347.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,519.90 | 10,365.12 | 10,365.12 | 10,365.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,229.95 | 74,379.12 | 74,379.12 | 34,934.40 |
| **TOTAL DISBURSEMENTS** | $ 184,102.49 | $ 289,444.72 | $ 289,444.72 | $ 250,000.00 |

4)  This case was originally filed under chapter 7 on  04/10/2014 .  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/11/2017                      By:/s/GINA B. KROL

                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LAWSUIT - WRONGFUL DEATH | 1149-000 | 250,000.00 |
| TOTAL GROSS RECEIPTS | | $250,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RACHEL BERNSTEIN | 4220-000 | 82,352.64 | 82,352.64 | 82,352.64 | 82,352.64 |
| TOTAL SECURED CLAIMS | | | $ 82,352.64 | $ 82,352.64 | $ 82,352.64 | $ 82,352.64 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 15,750.00 | 15,750.00 | 15,750.00 |
| KROL, GINA B. | 2200-000 | NA | 9.63 | 9.63 | 9.63 |
| ASSOCIATED BANK | 2600-000 | NA | 243.17 | 243.17 | 243.17 |
| COHEN & KROL | 3110-000 | NA | 3,330.00 | 3,330.00 | 3,330.00 |
| COHEN & KROL | 3120-000 | NA | 75.44 | 75.44 | 75.44 |
| JONATHON FOX | 3210-600 | NA | 33,333.34 | 33,333.34 | 33,333.34 |
| PAUL BORTH | 3210-600 | NA | 66,666.66 | 66,666.66 | 66,666.66 |
| JONATHON FOX | 3220-610 | NA | 1,033.50 | 1,033.50 | 1,033.50 |
| PAUL BORTH | 3220-610 | NA | 1,906.10 | 1,906.10 | 1,906.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 122,347.84 | $ 122,347.84 | $ 122,347.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA  19101 | | 1,638.20 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA  19101-7346 | | 881.70 | NA | NA | 0.00 |
| 000001A | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 10,365.12 | 10,365.12 | 10,365.12 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 2,519.90** | **$ 10,365.12** | **$ 10,365.12** | **$ 10,365.12** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Collections Services - Ozarks Electric 1092 Otter Creek East Blvd Mabelvale, AR  72103 | | 156.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA - Southwest Credit Systems LP<br>P.O. Box 142589<br>austin, TX  78714 | | 73.60 | NA | NA | 0.00 |
| | ACS<br>Attn:  Collections Dept<br>P.O. Box 7052<br>Utica, NY  13504-7052 | | 9,755.57 | NA | NA | 0.00 |
| | Bill Me Later<br>P.O. Box 2394<br>Omaha, NE  68103 | | 569.28 | NA | NA | 0.00 |
| | Capital One<br>P.O. Box 30253<br>Salt Lake City, UT  84130 | | 586.00 | NA | NA | 0.00 |
| | Chase<br>P.O. Box 15298<br>Wilmington, DE  19850 | | 1,199.99 | NA | NA | 0.00 |
| | City of Fayetteville<br>113 West Mountain Street<br>Fayetteville, AR  72701 | | 65.47 | NA | NA | 0.00 |
| | Darwin Solutions<br>P.O. Box 10948<br>Fayetteville, AR  72703 | | 82.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eskenazi Health/IEMS P.O. Box 503024 Indianapolis, IN  46250 | | 1,294.40 | NA | NA | 0.00 |
| | GE Bank Sam's P.O. Box 965005 Orlando, FL  32896 | | 4,007.00 | NA | NA | 0.00 |
| | Healthcare Financial Services 911 Flynt Drive Flowood, MS  39232 | | 68.00 | NA | NA | 0.00 |
| | Leading Edge Recovery Solutions 5440 N Cumberland Avenue, Ste 300 Chicago, IL  60656 | | 5,850.76 | NA | NA | 0.00 |
| | Menard, Inc. Security Dept 4777 Menard Drive Eau Claire, WI  54703 | | 150.00 | NA | NA | 0.00 |
| | PCM-Millenium Dental P.O. Box 4037 Jonesboro, AR  72403 | | 149.20 | NA | NA | 0.00 |
| | Planet Fitness 1163 E. Ogden Avenue Naperville, IL  60563 | | 300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | QOL Meds<br>526 W state Street, Room 302<br>Rockford, IL 61101 | | 4.10 | NA | NA | 0.00 |
| | RPM Sprint<br>20816 44th Avenue W<br>Lynwood, WA 98036 | | 1,333.34 | NA | NA | 0.00 |
| 000001 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 136.31 | 136.31 | 64.02 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 1,255.23 | 1,255.23 | 1,255.23 | 589.56 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 636.30 | 636.30 | 636.30 | 298.86 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 5,629.93 | 5,629.93 | 5,629.93 | 2,644.27 |
| 000007 | CAPITAL ONE, N.A. | 7100-900 | 689.00 | 689.12 | 689.12 | 323.66 |
| 000008 | CAPITAL RECOVERY V, LLC | 7100-900 | 3,118.00 | 3,118.84 | 3,118.84 | 1,464.86 |
| 000002 | FIRST NATIONAL BANK OF OMAHA | 7100-900 | 1,415.41 | 1,415.41 | 1,415.41 | 664.79 |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 11,599.00 | 11,599.73 | 11,599.73 | 5,448.16 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | US DEPARTMENT OF EDUCATION | 7100-900 | 49,241.82 | 49,898.25 | 49,898.25 | 23,436.22 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 99,229.95 | $ 74,379.12 | $ 74,379.12 | $ 34,934.40 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-13351 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | BERNSTEIN, NATHAN ALAN | | |
| | BERNSTEIN, SHERYL ANN | | |
| For Period Ending: | 05/11/17 | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 04/10/14 (f) |
| 341(a) Meeting Date: | 05/13/14 |
| Claims Bar Date: | 09/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>    Foreclosed pre-petition | 214,537.00 | 0.00 | | 0.00 | FA |
| 2. TCF and Arvest Bank Accounts | 725.60 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 950.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 6. HOBBY EQUIPMENT | 411.00 | 0.00 | | 0.00 | FA |
| 7. LAWSUIT - WRONGFUL DEATH | Unknown | 100,000.00 | | 250,000.00 | FA |
| 8. 2002 Mini Cooper | 2,689.00 | 0.00 | | 0.00 | FA |
| 9. 2011 Kia Soul (u) | 9,371.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $229,083.60 | $100,000.00 | | $250,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US Tee for Review February 06, 2017, 01:50 pm

Recently settled wrongful death action; settlement terms are under seal pursuant to court order October 12, 2016, 02:42 pm

Debtors have pending wrongful death action

Trustee is employing special counsel

Son escaped from a drug treatment center and was killed.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-13351   DRC   Judge: Donald R. Cassling | |

Trustee Name:   GINA B. KROL

Case Name:   BERNSTEIN, NATHAN ALAN
                      BERNSTEIN, SHERYL ANN

Date Filed (f) or Converted (c):   04/10/14 (f)
341(a) Meeting Date:   05/13/14
Claims Bar Date:   09/08/14

October 08, 2015, 11:21 am

TC with special counsel. Discover pending. Moving slowly. Case pending in Bloomington, IL.

January 12, 2015, 04:03 pm

Initial Projected Date of Final Report (TFR): 12/31/16          Current Projected Date of Final Report (TFR): 03/31/17

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

Exhibit 9

| | |
|---|---|
| Case No: | 14-13351 -DRC |
| Case Name: | BERNSTEIN, NATHAN ALAN |
| | BERNSTEIN, SHERYL ANN |
| Taxpayer ID No: | *******4277 |
| For Period Ending: | 05/11/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7947  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/16 | 7 | FIRST NONPROFIT CLAIMS<br>P.O. BOX 740042<br>ATLANTA, GA  30374-0042 | | 1149-000 | 250,000.00 | | 250,000.00 |
| 12/12/16 | 030001 | BARNETT & BORTH, LLC<br>800 WAUKEGAN ROAD<br>SUITE 200<br>GLENVIEW, IL  60025 | Special Counsel Fees | 3210-600 | | 66,666.66 | 183,333.34 |
| 12/12/16 | 030002 | BARNETT & BORTH, LLC<br>800 WAUKEGAN ROAD<br>SUITE 200<br>GLENVIEW, IL  60025 | Special Counsel Expenses | 3220-610 | | 1,906.10 | 181,427.24 |
| 12/12/16 | 030003 | Jonathon Fox<br>Oldfield & Fox<br>2021 Midwest Rd.<br>Suite 201<br>Oak Brook, IL 60523 | Special Counsel Fees | 3210-600 | | 33,333.34 | 148,093.90 |
| 12/12/16 | 030004 | Jonathon Fox<br>Oldfield & Fox<br>2021 Midwest Rd.<br>Suite 201<br>Oak Brook, IL 60523 | Special Counsel Expenses | 3220-610 | | 1,033.50 | 147,060.40 |
| 12/12/16 | 030005 | RACHEL BERNSTEIN<br>C/O PAUL BORTH<br>BARNETT & BORTH, LLC<br>800 WAUKEGAN ROAD, STE 200<br>GLENVIEW, IL 60025 | 1/3 INTEREST IN SETTLEMENT | 4220-000 | | 82,352.64 | 64,707.76 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 243.17 | 64,464.59 |
| 03/27/17 | 030006 | GINA B. KROL<br>105 W. Madison | Final Distribution | | | 15,759.63 | 48,704.96 |

| | | |
|---|---|---|
| Page Subtotals | 250,000.00 | 201,295.04 |

Ver: 20.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-13351 -DRC | |
| Case Name: | BERNSTEIN, NATHAN ALAN | |
| | BERNSTEIN, SHERYL ANN | |
| Taxpayer ID No: | *******4277 | |
| For Period Ending: | 05/11/17 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7947  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL 60602 | | | | | | |
| | | | Fees | 15,750.00 | 2100-000 | | | |
| | | | Expenses | 9.63 | 2200-000 | | | |
| * 03/27/17 | 030007 | Cohen & Krol | Final Distribution | | | | 3,405.44 | 45,299.52 |
| | | Attorneys for Trustee | | | | | | |
| | | 105 W. Madison Street | | | | | | |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL  60602 | | | | | | |
| | | | Fees | 3,330.00 | 3110-003 | | | |
| | | | Expenses | 75.44 | 3120-003 | | | |
| 03/27/17 | 030008 | Internal Revenue Service | Final Distribution | | 5800-000 | | 10,365.12 | 34,934.40 |
| | | Centralized Insolvency Operation | | | | | | |
| | | PO Box 7346 | | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | | |
| 03/27/17 | 030009 | Internal Revenue Service | Final Distribution | | 7100-000 | | 64.02 | 34,870.38 |
| | | Centralized Insolvency Operation | | | | | | |
| | | PO Box 7346 | | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | | |
| 03/27/17 | 030010 | First National Bank of Omaha | Final Distribution | | 7100-900 | | 664.79 | 34,205.59 |
| | | 1620 Dodge Street | | | | | | |
| | | Stop Code 3105 | | | | | | |
| | | Omaha Ne 68197 | | | | | | |
| 03/27/17 | 030011 | American InfoSource LP as agent for | Final Distribution | | 7100-900 | | 298.86 | 33,906.73 |
| | | Midland Funding LLC | | | | | | |
| | | PO Box 268941 | | | | | | |
| | | Oklahoma City, OK 73126-8941 | | | | | | |
| 03/27/17 | 030012 | US Department of Education | Final Distribution | | 7100-900 | | 23,436.22 | 10,470.51 |
| | | c/o Nelnet | | | | | | |
| | | 3015 South Parker Road | | | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 38,234.45 |

Ver: 20.00a

FORM 2   Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-13351 -DRC |
| Case Name: | BERNSTEIN, NATHAN ALAN |
| | BERNSTEIN, SHERYL ANN |
| Taxpayer ID No: | *******4277 |
| For Period Ending: | 05/11/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7947  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 400 | | | | | |
| | | Aurora CO 80014-2904 | | | | | |
| 03/27/17 | 030013 | Capital One Bank (USA), N.A. | Final Distribution | 7100-900 | | 2,644.27 | 7,826.24 |
| | | by American InfoSource LP as agent | (5-1) Modified on 7/9/2014 to | | | | |
| | | PO Box 71083 | correct creditor address (KS) | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 03/27/17 | 030014 | American Express Bank, FSB | Final Distribution | 7100-900 | | 589.56 | 7,236.68 |
| | | c o Becket and Lee LLP | (6-1) CREDIT CARD DEBT | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| 03/27/17 | 030015 | Capital One, N.A. | Final Distribution | 7100-900 | | 323.66 | 6,913.02 |
| | | c o Becket and Lee LLP | (7-1) CREDIT CARD DEBT | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| 03/27/17 | 030016 | Capital Recovery V, LLC | Final Distribution | 7100-900 | | 1,464.86 | 5,448.16 |
| | | c/o Recovery Management Systems Corporat | (8-1) DILLARD'S AMERICAN EXPRESS | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 03/27/17 | 030017 | Portfolio Recovery Associates, LLC | Final Distribution | 7100-900 | | 5,448.16 | 0.00 |
| | | Successor to CITIBANK, N.A. (SEARS) | | | | | |
| | | POB 41067 | | | | | |
| | | Norfolk VA 23541 | | | | | |
| * 04/04/17 | 030007 | Cohen & Krol | Final Distribution | | | -3,405.44 | 3,405.44 |
| | | Attorneys for Trustee | | | | | |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees        (     3,330.00 ) | 3110-003 | | | |
| | | | Expenses    (       75.44 ) | 3120-003 | | | |
| 04/04/17 | 030018 | Cohen & Krol | Final Distribution | | | 2,295.45 | 1,109.99 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 9,360.52 |

Ver: 20.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-13351  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | BERNSTEIN, NATHAN ALAN | Bank Name: | ASSOCIATED BANK |
| | BERNSTEIN, SHERYL ANN | Account Number / CD #: | *******7947  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4277 | | |
| For Period Ending: | 05/11/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/17 | 030019 | Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br><br>GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Fees            2,220.01<br>Expenses        75.44<br>Final Distribution | 3110-000<br>3120-000<br>3110-000 | | 1,109.99 | 0.00 |

|  | COLUMN TOTALS | 250,000.00 | 250,000.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 250,000.00 | 250,000.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 250,000.00 | 250,000.00 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - *******7947 | | 250,000.00 | 250,000.00 | 0.00 |
| | | 250,000.00 | 250,000.00 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          1,109.99

Ver: 20.00a